JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

**United States District Court**
**Southern District of Texas**
**FILED**

**NOV 3 0 2000**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**B-00-182**

**Michael N. Milby**
**Clerk of Court**

## I. (a) PLAINTIFFS

SANDRA DOE  *Ret 114457*

## DEFENDANTS

EDWARD A. VALENT

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  CAMERON
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  CAMERON
(IN U.S. PLAINTIFF CASES ONLY)

NOTE    IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

MR. RICHARD ZAYAS       956.546.5060 T
ZAYAS & ZAMORA          956.541.4157 F
3100 EAST 14TH STREET
BROWNSVILLE, TX 78520

ATTORNEYS (IF KNOWN)

DAVID HORTON
NEEL & HORTON, L.L.P.
P.O. BOX 2159
SOUTH PARK ISLAND, TX 78597
956.761.6644 T; 956.761.7424 F

PAUL HEMPHILL
LAW OFFICE OF PAUL HEMPHILL
815 RIDGEWOOD
BROWNSVILLE, TX 78520
956.546.5596 T
956.544.7201

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl Ret Inc Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U S Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  **HABEAS CORPUS**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## VI. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

1) TITLE VII OF THE CIVIL RIGHTS ACTS OF 1964 & 1991, AS AMENDED (42 U.S.C. 2000-e, et seq.)
2) 42 U.S.C. §1983

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY   N/A   (See instructions):

JUDGE

DOCKET NUMBER

DATE  11/29/00

SIGNATURE OF ATTORNEY OF RECORD  *David Horton*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG JUDGE_____

014

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

NOV 3 0 2000

Michael N. Milby
Clerk of Court

SANDRA DOE,

        Plaintiff,

Vs.

EDWARD A. VALENT,

        Defendant.

§
§
§
§
§
§
§
§
§

Case No. **B-00-182**

------------------------------------------------------------

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL
Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446

------------------------------------------------------------

## I.  INTRODUCTION

1.  COMES NOW, Edward Valent, Defendant in the above case, and hereby gives NOTICE OF REMOVAL of this case from the 107th Judicial District of Cameron County, Texas to the United States District Court for the Southern District of Texas - Brownsville Division. The petition upon which this removal is based was filed on September 25, 2000 (Exhibit B). Defendant was served November 1, 2000 (Exhibit A).

## II.  BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

2.  This is an employment case filed by a plaintiff who calls herself "Jane Doe," refusing to identify herself. By motion Defendant has requested the court order plaintiff to identify herself.

3.  Plaintiff appears to allege employment discrimination based on gender (female), "sexual harassment," under Title VII of

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL          1

CitePDF - www.texrta.com

the Civil Rights Acts of 1964 and 1991, As Amended, and the Texas fair employment practices statute. Plaintiff also alleges defendant violated her "civil rights under 42 U.S.C.§1983" (Exhibit B).

3. Plaintiff also alleges state common law causes of action including "assault" and "intentional infliction of emotional distress" (Exhibit B).

4. Pursuant to Local Rule 3.K, the required papers are attached, with an index to same.

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL                    2

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | | |
|---|---|---|
| SANDRA DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. _____ |
| | § | |
| EDWARD A. VALENT, | § | |
| | § | |
| Defendant. | § | |

--------------------------------------------------------------

INDEX TO MATTERS FILED
Pursuant to Local Rule 3.K(5)

--------------------------------------------------------------

| DOCUMENT | EXHIBIT NO. |
|---|---|
| 1.  Executed Process | No. A |
| 2.  Pleadings Asserting Causes of Action | No. B |
| 3.  Orders Signed by State Judge | No. C |
| 4.  Docket Sheet-State District Clerk | No. D |
| 5.  List of all Counsel of Record | No. E |

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL                    3

EXECUTED PROCESS

EXHIBIT A

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL                    4

CVisPDF – www.fastio.com

# OFFICERS RETURN OF SERVICE

# ORIGINAL

**CASE # 20-09-3970A**

**COURT 103**
Clt. Ref.#                                    Clt.#    108

SANDRA DOE

VS

EDWARD A. VALENT

The documents came to our hand for service on 10/19/00  Time: 10:00:00

Documents received for service:

**PETITION**

The documents were delivered on **11/06/00  Time: 08:40:00**

Executed at: *54 Sancti Spiritus St.*
             *Brownsville, TX 78520*

to the following: **Valent, Edward A.**

_____ ✓ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: **45·**

Witness Fee Tendered: _____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave  Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this ___ day of ____ 2000.

NOTARY PUBLIC SIGNATURE

A-1

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

**EXHIBIT**

A

PCP Inv.# R1000   85

Citation for Personal Service  - GENERAL _____      Lit. Seq. # 5.002.01

No. 2000-09-003970-A      ORIGINAL

T H E   S T A T E   O F   T E X A S

        NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: EDWARD A. VALENT
    3909 LAS PALMAS CT.
    BROWNSVILLE, TEXAS 78520

the _____ DEFENDANT _____ , GREETING:

        You are commanded to appear by filing a written answer to the

PETITION _____

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on SEPTEMBER 25, 2000.  A copy of same accompanies this citation.

The file number of said suit being No. 2000-09-003970-A.

The style of the case is:

                        SANDRA DOE
                           VS.
                     EDWARD A. VALENT

Said petition was filed in said court by _____ RICHARD E. ZAYAS _____
(Attorney for _____ PLAINTIFF _____ ), whose address is
3100 E. 14TH ST. BROWNSVILLE, TEXAS    78521

        The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

        The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

        Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 26th day of SEPTEMBER, A.D. 2000.

                        AURORA DE LA GARZA _____ , DISTRICT CLERK
                        Cameron County, Texas
                        974 E. Harrison St.
                        Brownsville, Texas 78521

                        By: _____ , Deputy

A-2

# R E T U R N   O F   O F F I C E R

Came to hand the _19_ day of _Oct_, _2000_ at _10:00_ o'clock _A_.M., and

executed (~~not executed~~) on the _6_ day of _Nov._, _2000_ by delivering to

_Edward A. Valant_ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _Petition_                                                    .

Cause of failure to execute this citation is: _____

_____.

FEES serving 1 copy

Total....... $_____                Sheriff/constable _Edil Guz_ County, TEXAS

Fees paid by:_____                By _Edil Guz_                Deputy

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

SUBSCRIBED AND SWORN TO ME
ON THE _6_ DAY OF _Nov_ 19 _2000_

NOTARY PUBLIC

ABEL BETANCOURT JR.
Notary Public
State of Texas
Comm. Exp. 03-10-2001

FILED _1:50_ O'CLOCK __M
AURORA DE LA GARZA DIST. CLERK

NOV 0 6 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

A-3

PLEADINGS ASSERTING CAUSES OF ACTION

EXHIBIT B

Plaintiff's  *Petition*

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL                    5

CibPDF - www.fastio.com

PLEADINGS ASSERTING CAUSES OF ACTION

EXHIBIT B

Pleadings Asserting
Causes of Action

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL

CVisPDF - www.fastio.com

CAUSE NO. _____2000-09-3970-A_____

| SANDRA DOE | § | IN THE DISTRICT COURT OF |
|---|---|---|
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| EDWARD A. VALENT | § | 107th JUDICIAL DISTRICT |

PETITION

FILED
AURORA                           CLERK
SEP 25 2000
                                 TEXAS
                                 DEPUTY

This action is properly presented herein following a Complaint to the Texas
Commission on Human Rights and the Equal Employment Opportunity Commission based
on the matters described herein. **SANDRA DOE** is a Hispanic female formerly under the
employment supervision of Edward A. Valent at the Brownsville Independent School
District, employing a fictitious name to protect her identity. Jurisdiction and Venue over
this controversy is proper herein.

## I.

Sandra Doe is an individual resident of Brownsville, Cameron County, Texas.

Edward A. Valent is an individual resident of Cameron County, Texas, and may
be served with citation at his place of residence, 3909 Las Palmas Ct., Brownsville, Texas
78520.

## II.

In or about August 1999, Sandra Doe began working under the supervision of
Edward A. Valent at the Brownsville Independent School District Alternative Center.
Shortly thereafter, Mr. Valent started making suggestive sexual remarks and advances,

B-1

EXHIBIT
B

V:\FP\POP\196-00.POP                                          PAGE 1

combined with acts of discipline, designed to force compliance by Ms. Doe. Although Ms. Doe objected to the comments and resisted the advances, Mr. Valent's conduct only intensified, eventually resulting in acts of assault. Mr. Valent used his position to take advantage of Ms. Doe.

## III.

The actions of Mr. Valent constituted assault and intentional infliction of emotional distress.

As result of the acts and/or omissions of Mr. Valent, Ms. Doe has suffered damages in the past and will continue to suffer damages in the future in the following particulars:

    a. Past and future physical pain and suffering;

    b. Past and future emotional and mental anguish, pain, and suffering;

    c. Reasonable and necessary medical expenses in the past and in the future; and

    d. lost wages, back pay, lost of earnings and impaired earning capacity.

The above and foregoing acts and/or omissions committed by Mr. Valent caused Ms. Doe damages in an amount within the limits of this Court, and also intentionally violated her civil rights under 42 U.S.C. §1983.

## IV.

All conditions precedent to the filing of this action and the recovery of the damages prayed for herein have occurred and have been performed.

6-2

Sandra Doe requests that a jury of her peers be convened to determine the factual issues in this case and has tendered to the Court the statutory jury application fee.

WHEREFORE, PREMISES CONSIDERED, **SANDRA DOE** prays that **EDWARD A. VALENT** be cited according to law to appear and answer herein, and that upon final trial that Ms. Doe have and recover from Mr. Valent the damages described above, in the full amount allowed by law, together with the following:

1.  Judgment for actual and compensatory damages against Defendant to be determined by the trier of fact;

2.  Pre-judgment interest at the maximum legal rate;

3.  Post-judgment interest on said judgment at the maximum legal rate, until paid in full;

4.  Reasonable and necessary attorney's fees;

5.  All costs of court; and,

6.  Such other and further relief to which Ms. Doe may be justly entitled, whether general or special, at law and in equity.

Signed on this the _25th_ day of September, 2000.

Respectfully submitted,

**ZAYAS & ZAMORA**
3100 East 14th Street
Brownsville, Texas 78520
Telephone    : (956) 546-5060
Facsimile    : (956) 541-4157

By:  _Richard E. Zayas_ by J.Z.,
     Richard E. Zayas    _with permission_
     State Bar No. 00788744

Attorney for Plaintiff,
SANDRA DOE

013

In The
107Th JUDICIAL DISTRICT COURT
Of
CAMERON COUNTY
State of Texas

SANDRA DOE,                          §
                                     §
              Plaintiff,             §
                                     §
Vs.                                  §  Cause No. 2000-09-3970-A
                                     §
EDWARD A. VALENT,                    §
                                     §
              Defendant.             §

----------------------------------------------------------------
DEFENDANT EDWARD VALENT'S AMENDED ANSWER - FIRST
AND COUNTER-CLAIMS
----------------------------------------------------------------

## I. INTRODUCTION

1. COMES NOW, EDWARD VALENT, Defendant in the above case, and reserving the right to file other and further pleadings, exceptions, and denials, files this amended answer and would respectfully show the court the matters stated below. A copy of Plaintiff's *Petition* is attached as Exhibit A, on which Defendant has by hand numbered each paragraph. References herein the "paragraph" refer to the numbered paragraphs in the Plaintiff's *Petition* (Exhibit A).

## II. JURISDICTION

2. This court lacks subject matter jurisdiction over any claims by Plaintiff against Defendant based on "a Complaint to the Texas Commission on Human Rights and the United States Equal Employment Opportunity Commission" (Exhibit A, Petition, p. 1,

DEFENDANT EDWARD VALENT'S
AMENDED ANSWER - FIRST; AND COUNTER-CLAIMS                          1

B-5

paragraph 1.  In the alternative, Plaintiff has failed to state a claim for which relief can be granted.

3.   Plaintiff's claims for occupational injury are preempted by the Texas Workers Compensation Act, must be made before the Texas Workers Compensation Commission, and accordingly, this court lacks subject matter jurisdiction over same.

## III. <u>LIMITATIONS AND LACHES</u>

4.  Plaintiff's claims, causes of action, or both, are barred in whole or in part based on the applicable statute of limitations.

5.  Plaintiff's claims are barred in whole or in part based on the applicable Doctrine of Laches.

## III. <u>AFFIRMATIVE DEFENSES</u>

6.  By way of affirmative defense, the Defendants would state that Plaintiff has failed to mitigate her damages.

7.   Plaintiff's claims sounding in tort asserted against Defendant based on actions taken by Defendant in Defendant's official capacity are subject to the Texas Tort Claims Act, and Plaintiff failed to complete conditions precedent for asserting claims thereunder.

8.   Plaintiff's claims against Defendant based on Defendant's actions taken in Defendant's official capacity are barred by the Doctrine of Qualified Immunity.

DEFENDANT EDWARD VALENT'S
AMENDED ANSWER - FIRST; AND COUNTER-CLAIMS                     2

B-6

## IV.  GENERAL DENIAL

9.  As authorized by and pursuant to Rule 92 of the Texas Rules of Civil Procedure, the Defendant asserts a general denial, and denies that he is liable to Plaintiff under any legal theories, claims, or causes of action and further demands that Plaintiff be required to prove all claims and allegations by a preponderance of the credible evidence.

## V. MISCELLANEOUS

10.  Regarding all claims and causes of action asserted by Plaintiff, Defendant is unable either to admit or deny same because Plaintiff has refused to disclose her identity.

11.  Regarding Plaintiff's allegations in Paragraph 1, concerning claims based on "a complaint to the Texas Commission on Human Rights and the Equal Employment Opportunity Commission", Plaintiff denies such claims are properly asserted against Defendant, and that this court has jurisdiction over such claims as may be asserted against Defendant.

12.  Regarding Plaintiff's allegations in Paragraph 2, concerning Plaintiff's residence, since Plaintiff does not identify herself, Defendant has insufficient information either to admit or deny such matters.

13.  Regarding Plaintiff's allegation in Paragraph 3 concerning Defendant's residence, Defendant admits he resides in Brownsville, Cameron County, Texas, but denies he resides at the

DEFENDANT EDWARD VALENT'S
AMENDED ANSWER - FIRST; AND COUNTER-CLAIMS                              3

B-7

stated address.

14. Regarding Plaintiff's allegations in Paragraph 4, concerning alleged acts by Defendant, Defendant objects that Plaintiff has refused to identify herself, and denies all such allegations.

15. Regarding Plaintiff's allegations in Paragraph 5, concerning alleged "assault" and "intentional infliction of emotional distress", Defendant denies all such allegations.

16. Regarding Plaintiff's allegations in Paragraph 6, concerning alleged damages to Plaintiff caused by Defendant, Defendant denies all such allegations.

17. Regarding Plaintiff's allegations in Paragraph 7, concerning alleged conduct by Defendant which violated Plaintiff's rights under 42 U.S.C. §1983, Defendant denies all such allegations.

18. Regarding Plaintiff's allegations in Paragraph 8, concerning completion of all conditions precedent to Plaintiff's assertion of claims herein, Defendant denies same.

## VI. COUNTER CLAIMS

19. As the result of allegations made by a person whom Defendant, now Counter-Plaintiff, believes may be Plaintiff, Defendant was suspended from employment in his position as a professional employee with the Brownsville Independent School

DEFENDANT EDWARD VALENT'S
AMENDED ANSWER - FIRST; AND COUNTER-CLAIMS                    4

B-8

District.

20. As a consequence of Plaintiff's charges and allegations Defendant has suffered emotional pain and suffering, and related physical pain and suffering related thereto.

21. Defendant has been forced into early retirement, resulting in the loss of a substantial portion of his annual income, and benefits on employment.

22. Plaintiff with malice, intentionally subjected Defendant to emotional distress, and caused injury to, Defendant, and Defendant's professional relations and standing.

23. Plaintiff has defamed Defendant and caused Defendant public disgrace and humiliation.

24. Plaintiff's false and malicious allegations constitute an invasion of Defendant's privacy and as such have injured Defendant.

VII. <u>PRAYER</u>

25. WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon a final hearing hereof, that Plaintiff recover nothing of and from Defendant, go hence without day, and that the Defendant receive all costs of court, reasonable attorney's fees, and such other and further relief to which they will show themselves to be justly entitled.

26. Regarding Counter-Plaintiff's counter-claims, a jury is demanded as to all claims triable to a jury, and Counter-Plaintiff prays the court upon final trial hereof, award relief as includes

DEFENDANT EDWARD VALENT'S
AMENDED ANSWER - FIRST; AND COUNTER-CLAIMS                                5

β-9

actual, compensatory, and punitive damages, pre-judgement and post-judgement interest as allowed by law, costs, reasonable attorney's fees, and all other relief as may be proper and just.

Respectfully Submitted,

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520

Attorneys for Defendant
EDWARD VLAENT

CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Richard Zayas
ZAYAS & ZAMORA
3100 East 14th Street
Brownsville, Texas 78520
956.546.5060
956.541.4157

by means of *LSO Comm # 1 808 2775*

on the *29* day of *November*, 20 *00*,

David Horton

DEFENDANT EDWARD VALENT'S
AMENDED ANSWER – FIRST; AND COUNTER-CLAIMS                   6

B-10

Case 1:00-cv-00182    Document 1    Filed in TXSD on 11/30/2000    Page 21 of 30

CAUSE NO. 2000-09-3970-A

| | | |
|---|---|---|
| SANDRA DOE | § | IN THE DISTRICT COURT OF |
| | § | |
| VS | § | CAMERON COUNTY, TEXAS |
| | § | |
| EDWARD A. VALENT | § | 107th JUDICIAL DISTRICT |

FILED 438
AIDOLENA DE...
SEP 2 5 2000
DISTRICT...Cameron County, Texas
JANIE WOLFE
DEPUTY

## PETITION

*1.*  This action is properly presented herein following a Complaint to the Texas Commission on Human Rights and the Equal Employment Opportunity Commission based on the matters described herein  SANDRA DOE is a Hispanic female formerly under the employment supervision of Edward A. Valent at the Brownsville Independent School District, employing a fictitious name to protect her identity.  Jurisdiction and Venue over this controversy is proper herein

I.

*2.*  Sandra Doe is an individual resident of Brownsville, Cameron County, Texas.

*3.*  Edward A. Valent is an individual resident of Cameron County, Texas, and may be served with citation at his place of residence, 3909 Las Palmas Ct., Brownsville, Texas 78520.

II.

*4.*  In or about August 1999, Sandra Doe began working under the supervision of Edward A. Valent at the Brownsville Independent School District Alternative Center. Shortly thereafter, Mr. Valent started making suggestive sexual remarks and advances,

B-11

EXHIBIT
A

Case 1:00-cv-00182  Document 1  Filed in TXSD on 11/30/2000  Page 22 of 30

combined with acts of discipline, designed to force compliance by Ms. Doe. Although Ms. Doe objected to the comments and resisted the advances, Mr. Valent's conduct only intensified, eventually resulting in acts of assault. Mr. Valent used his position to take advantage of Ms. Doe.

III.

5. The actions of Mr. Valent constituted assault and intentional infliction of emotional distress.

6. As result of the acts and/or omissions of Mr. Valent, Ms. Doe has suffered damages in the past and will continue to suffer damages in the future in the following particulars:

> 6.a. Past and future physical pain and suffering;
>
> 6.b. Past and future emotional and mental anguish, pain, and suffering;
>
> 6.c. Reasonable and necessary medical expenses in the past and in the future; and
>
> 6.d. lost wages, back pay, lost of earnings and impaired earning capacity.

7. The above and foregoing acts and/or omissions committed by Mr. Valent caused Ms. Doe damages in an amount within the limits of this Court, and also intentionally violated her civil rights under 42 U.S.C. §1983.

IV.

8. All conditions precedent to the filing of this action and the recovery of the damages prayed for herein have occurred and have been performed.

CutePDF - www.tesia.com

Case 1:00-cv-00182   Document 1   Filed in TXSD on 11/30/2000   Page 23 of 30

9. Sandra Doe requests that a jury of her peers be convened to determine the factual issues in this case and has tendered to the Court the statutory jury application fee.

10. WHEREFORE, PREMISES CONSIDERED, **SANDRA DOE** prays that **EDWARD A. VALENT** be cited according to law to appear and answer herein, and that upon final trial that Ms Doe have and recover from Mr. Valent the damages described above, in the full amount allowed by law, together with the following:

10.1. Judgment for actual and compensatory damages against Defendant to be determined by the trier of fact;

10.2. Pre-judgment interest at the maximum legal rate;

10.3. Post-judgment interest on said judgment at the maximum legal rate, until paid in full,

10.4. Reasonable and necessary attorney's fees;

10.5. All costs of court; and,

10.6. Such other and further relief to which Ms Doe may be justly entitled, whether general or special, at law and in equity.

Case 1:00-cv-00182   Document 1   Filed in TXSD on 11/30/2000   Page 24 of 30

Signed on this the ___25th___ day of September, 2000.

Respectfully submitted,

**ZAYAS & ZAMORA**
3100 East 14th Street
Brownsville, Texas 78520
Telephone    :  (956) 546-5060
Facsimile    :  (956) 541-4157

By:    _Richard E. Zayas by J.Z.,_
       Richard E. Zayas      _with permission_
       State Bar No. 00788744

Attorney for Plaintiff,
SANDRA DOE

ORDERS SIGNED BY STATE JUDGE


EXHIBIT C



There are no orders signed by the state District Court.


DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL



6

CIVIL DOCKET SHEET

EXHIBIT D

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL

EXHIBIT

7

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

CASE NO. 2000-09-003970-A

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | | 09 | 25 | 00 |
| SANDRA DOE | 00322001 | (10) | | | |
| | RICHARD E. ZAYAS | | | | |
| vs | 3100 E. 14TH ST. | DAMAGES | JURY FEE $ | PAID BY | |
| | BROWNSVILLE, TEXAS   78521 0000 | | | | |
| EDWARD A. VALENT | | | | | |
| | HON. J. ARNOLD AGUILAR | | | | |
| | 1200 CENTRAL BLVD | | | | |
| | BROWNSVILLE, TEXAS 78520   (ATTY FOR PLTF) | | | | |

DATE OF ORDERS

COURT'S DOCKET (Rule 26, TRCP)

D-1

**No.**

**DATE OF ORDERS**

**VS.**

**COURT'S DOCKET (Rule 26, TRCP)**

D-2

CIVIPDF - www.fastio.com

# LIST OF ALL COUNSEL OF RECORD:

## EXHIBIT E

Mr. David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier


Mr. Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520
956.546.5596 Telephone
956.544.7201 Telecopier

Attorneys for
DEFENDANT EDWARD VLAENT


-----------------------------


Mr. Richard Zayas
ZAYAS & ZAMORA
3100 East 14th Street
Brownsville, Texas 78520
956.546.5060 Telephone
956.541.4157 Telecopier

Attorney for
PLAINTIFF SANDRA DOE


DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL                    8

EXHIBIT

_E_

Respectfully Submitted,

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520
956.546.5596 Telephone
956.544.7201 Telecopier

Attorneys for
DEFENDANT EDWARD VLAENT

----------------------------------------------------

## CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Richard Zayas
ZAYAS & ZAMORA
3100 East 14th Street
Brownsville, Texas 78520
956.546.5060 Telephone
956.541.4157 Telecopier

by means of FCM

on the 29 day of NOVEMBER , 20 00 .

David Horton

DEFENDANT EDWARD VALENT'S NOTICE OF REMOVAL                    9