

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-182 |
| | § | |
| EDWARD A. VALENT | § | |

## ORDER

On the court's own Motion, it is ORDERED that Plaintiff's attorney appear on December 15, 2000, at 10:00 A.M. and show cause why this case should not be dismissed for failure to comply with Fed. R. Civ. P. 17(a).

DONE at Brownsville, Texas, this 1st day of December, 2000.

_____
John Wm. Black
United States Magistrate Judge