3

United States District Court
Southern District of Texas
FILED

DEC 0 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 00 - 182_ |
| EDWARD A. VALENT | § | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF LEAD COUNSEL

Please take notice that Plaintiff SANDRA DOE in the above styled and numbered cause designates

J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408

as Lead Counsel. Lead Counsel Aguilar is to have full control and management of Plaintiff's cause and will be entitled to receive all further communications from the Court and other counsel relating to this cause. Counsel listed below will remain as co-counsel for the Plaintiff and is also entitled to receive all further communications from the Court and other counsel relating to this cause.

v:\fp\pleading\196-00.ntc                                                                 Page 1

Richard E. Zayas
State Bar No. 00788744
Federal Adm. No. 16852

ZAYAS & ZAMORA
3100 East 14th Street
Brownsville, Texas  78520
Telephone    : (956) 546-5060
Facsimile    : (956) 541-4157

Signed on this the 6th day of December, 2000.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**

                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas  78520
                Telephone    : (956) 504-1100
                Facsimile    : (956) 504-1408

By: _____
      J. Arnold Aguilar
      State Bar No. 00936270
      Federal Adm. No. 6822

Lead Counsel for Plaintiff,
SANDRA DOE

Co-Counsel:

Richard E. Zayas
ZAYAS & ZAMORA
3100 East 14th Street
Brownsville, Texas  78520
Telephone    : (956) 546-5060
Facsimile    : (956) 541-4157

v:\fp\pleading\196-00.ntc                                                   Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF APPEARANCE OF LEAD COUNSEL** has on this the ___7th___ day of December, 2000, been forwarded to:

Mr. David Horton
NEEL & HORTON, L.L.P.
P.O. Box 2159
South Padre Island, TX 78597

Mr. Paul Hemphill
LAW OFFICE OF PAUL HEMPHILL
815 Ridgewood
Brownsville, TX 78520

Mr. Richard E. Zayas
ZAYAS & ZAMORA
3100 East 14th Street
Brownsville, TX 78520

J. Arnold Aguilar