4

United States District Court
Southern District of Texas
FILED

DEC 1 5 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

SHOW CAUSE HEARING

CIVIL ACTION NO. B-00-182          DATE & TIME: ___12-15-00 AT 10:00 A.M.___

SANDRA DOE                          PLAINTIFF(S) ___J. ARNOLD AGUILAR___
                                    COUNSEL

VS.

EDWARD A. VALENT                    DEFENDANT(S) ___DAVID HORTON___
                                    COUNSEL        ___PAUL HEMPHILL___

-------------------------------------------------------------------------------

ERO: Linda Garcia
Deputy: Paula Tamayo

    Attorneys Arnold Aguilar, Richard Zayas and David Horton appeared.

    Defense attorney asked for a copy of the original charge. Plaintiff's attorney presented a copy of the charge with the name and address of the plaintiff obscured in order to protect her identity.

    Plaintiff's attorney to file a motion to keep the identity of the plaintiff confidential.

    Additional parties are to be added at a later date.