UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SANDRA DOE,<br>Plaintiff | §<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. 00-CV-182 |
| EDWARD A. VALENT,<br>Defendant | §<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

    COMES NOW RosaMaria Villagomez, State Bar No. 24008210, Federal I.D. No. 22983 and Ray A. Cowley, State Bar No. 04932400, Federal I.D. No. 8642, RODRIGUEZ, COLVIN & CHANEY, Post Office Box 2155, Brownsville, Texas 78522, Office: (956) 542-7441, Fax: (956) 541-2170, and file this Notice of Appearance as attorneys-in-charge for Defendant EDWARD A. VALENT and request that copies of any documents to be served upon EDWARD A. VALENT be served upon the undersigned in their capacity as attorneys-in-charge for Defendant EDWARD A. VALENT.

    Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY

*RosaMaria Villagomez* w/permission
by X Chaney
TB #00785757

ROSAMARIA VILLAGOMEZ
Federal ID No. 22983
State Bar No. 24008210
RAY A. COWLEY
Federal ID No. 8642
State Bar No. 04932400
Post Office Box 2155
Brownsville, Texas 78522
Office: (956) 542-7441
Fax: (956) 541-2170

NOTICE OF APPEARANCE                                                                            PAGE - 1 -

ClibPDF - www.fastio.com

## CERTIFICATION OF SERVICE

I hereby certify that on this the 19th day of January, 2001 a true and correct copy of the above and foregoing was forwarded to the following counsel of record:

J. Arnold Aguilar
Attorney at Law
1200 Central Blvd., Ste. H-2
Brownsville, Tx 78520

Richard Edward Zayas
Zayas & Zamora
3100 E. 14th St.
Brownsville, Tx 78521

David Lynn Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Tx 78597-2159

_____
ROSAMARIA VILLAGOMEZ