United States District Court
Southern District of Texas
FILED

FEB 0 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 00 - 182 |
| EDWARD A. VALENT | § | |

## COUNTER-DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **SANDRA DOE**, Counter-Defendant herein, and files this her Original Answer to Counter-Plaintiff's Counter-Claims lodged in Defendant Edward Valent's Amended Answer-First Counter-Claims, and for such Answer would respectfully show unto the Court the following:

1. With regard to the allegations made in Paragraph 19 of Counter-Plaintiff's Counter-Claims, although diligent inquiry has been made, Counter-Defendant does not have sufficient knowledge or information to be able to admit or deny the allegations made therein.

2. With regard to the allegations contained in Paragraphs 20-24 of Counter-Plaintiff's Counter-Claims, Counter-Defendant denies each and all of the allegations made therein.

3. With regard to Paragraphs 25 and 26 of Counter-Plaintiff's Counter-Claims, Counter-Defendant denies that Counter-Plaintiff is entitled to any of the relief requested therein.

4. WHEREFORE, PREMISES CONSIDERED, Counter-Defendant **SANDRA DOE** prays that upon final hearing hereof, that Counter-Plaintiff recover nothing of and from Counter-Defendant, and that Counter-Defendant be granted such other and further relief to which she may show herself to be justly entitled, whether general or special, at law and in equity.

Signed on this the 1st day of February, 2001.

Respectfully submitted,

LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile : (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Counter-Defendant,
SANDRA DOE

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing **COUNTER-DEFENDANT'S ORIGINAL ANSWER** has on this the 5th day of February, 2001, been forwarded via certified mail, return receipt requested to:

Mr. David Horton
NEEL & HORTON, L.L.P.
P.O. Box 2159
South Padre Island, TX 78597

Mr. Paul Hemphill
Attorney at Law
815 Ridgewood
Brownsville, TX 78520

Ms. RosaMaria Villagomez
Mr. Ray A. Cowley
RODRIGUEZ, COLVIN & CHANEY
P. O. Box 2155
Brownsville, TX 78522

                   Arnold Aguilar