031

```
                        In The
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   Brownsville Division
```

United States District Court
Southern District of Texas
FILED

FEB 2 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SANDRA DOE, | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § Case No. B-00-182 |
| | § |
| EDWARD A. VALENT, | § |
| | § |
| Defendant. | § |

---

**DEFENDANT EDWARD VALENT'S SUGGESTION OF DEATH**
Pursuant to Rule 25 - Federal Rules of Civil Procedure

---

COMES NOW COUNSEL FOR DEFENDANT EDWARD VALENT and informs the Clerk of the Court that on or about January 20, 2001 Mr. Edward Valent died of natural causes in Brownsville, Texas.

DEFENDANT EDWARD VALENT'S SUGGESTION OF DEATH                                    1

Respectfully Submitted,

*David Horton* (signature)

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520

Attorneys for
DEFENDANT EDWARD VALENT

-------------------------------------------------------------------

## Certificate of Service

I served a copy of this pleading on counsel of record below,

Mr. J. Arnold Aguilar
LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square - Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
956.504.1100 telephone  956.504.1408 telecopier

By means of  FCM  .   Date: 02/27/01   *(signature)*

David Horton

DEFENDANT EDWARD VALENT'S SUGGESTION OF DEATH                               2