12

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 00 - 182 |
| EDWARD A. VALENT | § | |

# ORDER

Be it remembered that came on to be considered the **Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint and to Substitute Party** and the Court being of the opinion that said Motion should be and hereby is GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint and to Substitute Party is hereby GRANTED, the Estate of Edward A. Valent is hereby substituted as the proper party in place of Edward A. Valent and the Clerk is hereby directed to file Plaintiff's First Amended Original Complaint.

Signed this the 21ST day of MARCH, 2001.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE