AO 440 (Rev. 10/93) Summons in a Civil Ac...

ORIGINAL

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

BROWNSVILLE DIVISION

SANDRA DOE

**V.**

BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT AND THE ESTATE OF
EDWARD A. VALENT

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-99-182

**TO:** (Name and address of defendant)

OFELIA CUEVAS
54 Santi Spiritus
Brownsville, TX  78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Arnold Aguilar
LAW OFFICE J.ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX  78520

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so. judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

3/23/01
DATE

CLERK
*[signature]*
(BY) DEPUTY CLERK

AO 440 ~~Return of Summons in a Civil Action~~                                  14

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/23/01 |
| NAME OF SERVER (PRINT) Eddie M. Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 54 Santi Spiritus
St Brownsville, TX 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/23/01              [signature] Eddie M. Gonzalez
              Date                  Signature of Server
              7:45 AM

Address of Server:
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

United States District Court
Southern District of Texas
RECEIVED
MAR 26 2001   11:00

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Michael N. Milby, Clerk of Court