AO 440 (Rev. 10/93) Summons in a Civil A

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

SANDRA DOE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-00-0182

BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT AND THE ESTATE OF
EDWARD A. VALENT

TO: (Name and address of defendant)

HECTOR GONZALEZ, Interim Superintendent
1900 W. Price Road
Brownsvlle, TX 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

_(signature)_

(BY) DEPUTY CLERK

DATE: 3/23/01

AO 440 (Rev. 10/93) Summons in a Civil Action

15

# RETURN OF SERVICE

| | DATE 3/23/01 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Eddie M Gonzales | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1900 W. Price Road Brownsville, TX 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/23/01  4:20 pm
         Date                    Signature of Server

Address of Server
**Professional Civil Process**
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

United States District Court
Southern District of Texas
RECEIVED
MAR 26 2001
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure