CT 16

034

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED
APR 0 4 2001
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANDRA DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. B-00-182 |
| | § | |
| EDWARD A. VALENT, | § | |
| | § | |
| Defendant. | § | |

---

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION TO SUBSTITUTE PARTY BECAUSE OF DEATH
Pursuant to Rule 25 - Federal Rules of Civil Procedure

---

1. COMES NOW DEFENDANT/ COUNTER-PLAINTIFF EDWARD VALENT and moves the court Pursuant to the Federal Rules of Civil Procedure, including Rule 25, for an order substituting the Personal Representative of the Estate of Eduardo A. Valent, Ofelia Cuevas, Independent Executrix, for him personally as counter-plaintiff herein. Attached as Exhibit A is a copy of the Letters Testamentary issued on February 7, 2001, to Ofelia Cuevas, Independent Executrix, by the County Court at Law - No. 1, Cameron County, Texas, sitting in matters probate. In support of this motion defendant submits for the court's consideration such matters as stated herein and in any memorandum filed in support hereof.

2. As stated in the suggestion of death filed herein on or about February 28, 2001, Eduardo A. Valent died on or about January

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION TO SUBSTITUTE PARTY BECAUSE OF DEATH       1

20, 2001.

3.   Plaintiff by motion filed on or about March 14, 2001, has also moved to substitute the decedent's personal representative.

4.   WHEREFORE, PREMISES CONSIDERED, Defendant Eduardo a/k/a Edward Valent prays the court grant this motion and Order such relief as is requested below.

5.   ORDER that Ofelia Cuevas, Independent Executrix of the Estate of Eduardo A. Valent, be substituted for Defendant Edward Valent as the party in interest herein.

6.   ORDER such other and further relief as is proper and just.

Respectfully Submitted,

*David Horton* (signature)

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520

Attorneys for
DEFENDANT EDWARD VALENT

CERTIFICATE OF CONFERENCE
Pursuant to the FRCP and Local Rule 6.A(4)

Prior to filing this motion, movant's counsel conferred with plaintiff's counsel regarding issues other than subject matter jurisdiction. Based on such, defendant states that plaintiff does not oppose this motion.

Date: 04/03/01

David Horton

----------------------------------------------------------------

Certificate of Service

I served a copy of this pleading on counsel of record below,

Mr. J. Arnold Aguilar
LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square - Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
956.504.1100 telephone
956.504.1408 telecopier

By means of ___FCM___.    Date: 04/03/01

David Horton

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION TO SUBSTITUTE PARTY BECAUSE OF DEATH                    4

## LETTERS TESTAMENTARY

THE STATE OF TEXAS            No. 2001-CPC-00037-A

County of Cameron             In County Court at Law No. 1 of
                              Cameron County. Texas

I, _____JOE G. RIVERA_____, Clerk of the County Court at Law No. 1 of Cameron County, Texas, do hereby certify that on the __7th__ day of __FEBRUARY__ A.D., __2001__, _____OFELIA CUEVAS_____ was by said Court duly granted Letters Testamentary of the Estate of:

_____EDUARDO A. VALENT_____

_____, _____Deceased_____

and that __she__ duly qualified as _____INDEPENDENT EXECUTRIX_____ of said Estate on the __7th__ day of __FEBRUARY__ A.D. __2001__ as the laws requires, and that said appointment is still in full force and effect.

Witness my hand and seal of said court, at Brownsville, Texas this __12th__ day of __FEBRUARY__ A.D. __2001__.

_____JOE G. RIVERA_____, Clerk
Cameron County, Texas

By: _____[signature]_____, Deputy
    MARY LOU GUTIERREZ

EXHIBIT A