CT 17

036

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANDRA DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. B-00-182 |
| | § | |
| EDWARD A. VALENT, | § | |
| | § | |
| Defendant. | § | |

---

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION FOR PRE-TRIAL CONFERENCE
Pursuant to Rule 16 - Federal Rules of Civil Procedure

---

1. COMES NOW DEFENDANT/ COUNTER-PLAINTIFF EDWARD VALENT and moves the court Pursuant to the Federal Rules of Civil Procedure, including Rule 16, for an order setting a pre-trial conference, for purposes of hearing argument on all pending motions, and entering a scheduling order. In support of this motion defendant submits for the court's consideration such matters as stated herein and in any memorandum filed in support hereof.

2. This case was filed on or about September 25, 2000 in state court, and was removed to this court on or about November 29, 2000. The court *sua sponte* set the case for show cause hearing on December 5, 2000, ordering plaintiff to show case why she should not proceed in her own legal name herein. Motions pending at this time include defendant Valent's motion to dismiss (re issues of

subject matter jurisdiction, and other matters) filed on December 28, 2000; plaintiff's motion for protective order filed on or about January 30, 2001; plaintiff's motion for leave to amend complaint (plaintiff seeks to add a party, substitute decedent's personal representative for decedent defendant), filed on or about March 14, 2001; and with this motion defendant Valent also files a motion to compel discovery.  The court has not entered a scheduling order.

3. Plaintiff in the proposed first amended complaint seeks to add the plaintiff's employer, the Brownsville Independent School District ("BISD"), as a party defendant.  Movant Valent suggests that the requested pre-trial conference will be more productive if scheduled after BISD has filed its answer.

4. WHEREFORE, movant Valent prays the court grant this motion and order such relief as is requested below.

5. ORDER that a pre-trial conference be scheduled herein, for purposes including hearing argument on all pending motions, and entering a scheduling order.

6. ORDER such other and further relief as is proper and just.

Respectfully Submitted,

*David Horton* (signature)

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520


Attorneys for
DEFENDANT EDWARD VALENT

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION FOR PRE-TRIAL CONFERENCE                    3

## CERTIFICATE OF CONFERENCE
### Pursuant to the FRCP and Local Rule 6.A(4)

Prior to filing this motion, movant's counsel conferred with plaintiff's counsel regarding issues other than subject matter jurisdiction. Based on such, defendant states that plaintiff does not oppose this motion.

Date: 04/03/01

David Horton

---

### Certificate of Service

I served a copy of this pleading on counsel of record below,

Mr. J. Arnold Aguilar
LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square - Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
956.504.1100 telephone
956.504.1408 telecopier

By means of ___FCM___. Date: 04/03/01

David Horton

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION FOR PRE-TRIAL CONFERENCE                    4