CT 18

038

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | | |
|---|---|---|
| SANDRA DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. B-00-182 |
| | § | |
| EDWARD A. VALENT, | § | |
| | § | |
| Defendant. | § | |

--------------------------------------------------------------

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
MOTION TO COMPEL DISCOVERY
Pursuant to Rule 37 - Federal Rules of Civil Procedure

--------------------------------------------------------------

## I    INTRODUCTION

1.   COMES NOW DEFENDANT/ COUNTER-PLAINTIFF EDWARD VALENT and moves the court Pursuant to the Federal Rules of Civil Procedure, including Rule 37, for an order compelling discovery.  In support of this motion defendant submits for the court's consideration such matters as stated herein, and in the memorandum later filed in support hereof, by reference here incorporated.

2.   This case was filed on or about September 25, 2000 in state court, and was removed to this court on or about November 29, 2000.  Before removal, on November 29, 2000, defendant Valent served on plaintiff and filed written discovery, including interrogatories and requests for production of documents. Plaintiff served timely responses on or about December 27, 2000.

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
MOTION TO COMPEL DISCOVERY                                    1

3.   Defendant submits that plaintiff's responses regarding material matters are in whole or part, insufficient.  Defendant will later file a  memorandum in support of this motion, by reference here incorporated.   By this motion defendant seeks an order compelling  plaintiff to make sufficient responses.

## II     INTERROGATORIES

5.   Defendant submits that plaintiff has failed to make sufficient responses to responses to Interrogatories Numbers 9 – 11, 14 – 17, 19 and  20.   A detailed analysis of the interrogatories and plaintiff's responses is presented in the memorandum to be filed in support of this motion.

## III     REQUESTS FOR PRODUCTION

6.   Defendant submits that plaintiff has failed to make sufficient responses to Requests for Production Numbers 9 - 21.  A detailed analysis of the interrogatories and plaintiff's responses is presented in the memorandum to be filed in support of this motion.

## IV     PRAYER FOR RELIEF

7.   WHEREFORE, premises considered, defendant Valent prays the court grant this motion, and order such relief as includes that requested below.

### A.     Interrogatories

8.   ORDER that plaintiff be compelled to make full and complete responses to Interrogatories Numbers 9 - 11, 14 - 17, 19

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
MOTION TO COMPEL DISCOVERY                                                 2

ClibPDF - www.fastio.com

and 20.

### B.    Requests for Production

9.    ORDER that plaintiff be compelled to make full and complete responses to Requests for Production Numbers 9 - 21.

### C.    Costs and Attorney's Fees

10.    ORDER that plaintiff pay defendant costs and reasonable attorney's fees for work done on plaintiff's motion for protective order, and defendant's motion to compel.

### D.    Miscellaneous

11.    ORDER such other and further relief as is proper and just.

ClibPDF - www.fastio.com

Respectfully Submitted,

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520


Attorneys for
DEFENDANT EDWARD VALENT

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
MOTION TO COMPEL DISCOVERY                                    4

ClibPDF - www.fastio.com

## CERTIFICATE OF CONFERENCE
## Pursuant to the FRCP and Local Rule 6.A(4)

Prior to filing this motion, movant's counsel conferred with plaintiff's counsel regarding matters at issue on this motion. Based on such, movant advises the court that the parties are unable to agree regarding the disposition of this motion.

Date: 04/03/01

David Horton

------------------------------------------------------------

## Certificate of Service

I served a copy of this pleading on counsel of record below,

Mr. J. Arnold Aguilar
LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square - Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
956.504.1100 telephone
956.504.1408 telecopier

By means of _____.   Date: 04/03/01

David Horton

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
MOTION TO COMPEL DISCOVERY                                          5

ClibPDF - www.fastio.com