041

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | |
|---|---|
| SANDRA DOE, | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § Case No. B-00-182 |
| | § |
| EDWARD A. VALENT, | § |
| | § |
| Defendant. | § |

---

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
RESPONSE IN OPPOSITION TO
PLAINTIFF'S *MOTION FOR PROTECTIVE ORDER*

---

## I  INTRODUCTION

1. COMES NOW DEFENDANT/ COUNTER-PLAINTIFF EDWARD VALENT and files this response in opposition to *MOTION FOR PROTECTIVE ORDER*. In support of such opposition defendant submits for the court's consideration such matters stated herein, and in the memorandum later filed in support of this opposition.

## II  RELEVANT PROCEDURAL HISTORY

2. This case was filed on or about September 25, 2000 in state court, and was removed to this court on or about November 29, 2000. Before removal, on November 29, 2000, defendant Valent served on plaintiff and filed written discovery, including interrogatories and requests for production of documents. Plaintiff served timely responses on or about December 27, 2000.

3. Defendant Valent submits that plaintiff's responses regarding material matters are in whole or part, insufficient. Among the information defendant Valent seeks is the identity of plaintiff "Doe." Defendant Valent by letter dated January 20, 2001, to plaintiff's attorney, advised plaintiff regarding insufficiency of plaintiff's responses. On or about February 5, 2001, plaintiff filed a motion for protective order. With the filing of this response defendant Valent files a motion to compel discovery.

4. Defendant Valent submits that plaintiff's motion for protective order is without sufficient basis and should be denied. A proposed order denying plaintiff's motion is submitted with this response.

5. WHEREFORE, defendant Valent prays the court deny plaintiff's motion for protective order, and order such relief as requested below.

6. ORDER that plaintiff's motion for protective order be denied.

7. ORDER that counsel for defendant Valent be awarded costs and reasonable attorney's fees for work done relating to the discovery matters at issue.

8. ORDER such other and further relief as is proper and just.

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
RESPONSE IN OPPOSITION TO
PLAINTIFF'S *MOTION FOR PROTECTIVE ORDER*                                  2

Respectfully Submitted,

*David Horton* (signature)

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520

Attorneys for
DEFENDANT EDWARD VALENT

---

## Certificate of Service

I served a copy of this pleading on counsel of record below,

Mr. J. Arnold Aguilar
LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square - Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
956.504.1100 telephone
956.504.1408 telecopier

By means of ___Fax___. Date: 03/04/01

*David Horton* (signature)
David Horton

O R D E R / ON:
DEFENDANT EDWARD VALENT'S MOTION TO DISMISS
REGARDING SUBJECT MATTER JURISDICTION AND OTHER MATTERS          3