035

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

SANDRA DOE, §
§
    Plaintiff, §
§
Vs. § Case No. B-00-182
§
EDWARD A. VALENT, §
§
    Defendant. §

-----------------------------------------------------------------

O R D E R / on:

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
UNOPPOSED MOTION TO SUBSTITUTE PARTY BECAUSE OF DEATH

-----------------------------------------------------------------

    1. On this _10_ day of _APRIL_, 20_01_, this case came on for hearing upon *DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S MOTION TO SUBSTITUTE PARTY BECAUSE OF DEATH* (DOCKET NO 16). Having considered the motion, the facts, the law, and taking notice that the motion is unopposed, the court is of the opinion that the motion should be, and hereby is, GRANTED. Accordingly, such relief as stated below herein is ORDERED.

    2. ORDERED that Ofelia Cuevas, Independent Executrix of the Estate of Eduardo A. Valent, be, and hereby is, substituted for Defendant Edward Valent as the party in interest herein.

    3. The Clerk shall mail a copy of this order to counsel of

record.

4. Done this _10_ day of _APRIL_, 200_1_, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE