22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANDRA DOE,<br>Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 00-CV-182 |
| EDWARD A. VALENT,<br>Defendants | §<br>§<br>§ | |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW RAYMOND A. COWLEY and ROSAMARIA VILLAGOMEZ-VELA of the law firm of RODRIGUEZ, COLVIN & CHANEY, L.L.P., counsel for Defendant Edward A. Valent, requesting permission to withdraw from representing Defendants, Edward A. Valent in the above styled matter.

The Defendant Edward A. Valent is deceased, having died on or about January 20, 2001. The law firm of Rodriguez, Colvin & Chaney, L.L.P. is neither authorized or been retained to represent Ofelia Cuevas, Independent Executrix of the Estate of Edward A. Valent, the substituted party in interest herein. This Motion is not sought for delay and there are no pending settings in this case.

WHEREFORE, Raymond A. Cowley and RosaMaria Villagomez-Vela and the law firm of Rodriguez, Colvin & Chaney, L.L.P. respectfully request that this Court make an Order permitting them to withdraw from this cause, and for such other and further relief to which they may be entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY

*[signature]*
RAYMOND A. COWLEY
Federal ID No. 8642
State Bar No. 04932400
ROSAMARIA VILLAGOMEZ-VELA
Federal ID No. 22983
State Bar No. 24008210
Post Office Box 2155
Brownsville, Texas 78522
Office:  (956) 542-7441
Fax:  (956) 541-2170

## CERTIFICATION OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was caused to be served upon counsel of record, to-wit:

J. Arnold Aguilar
Attorney at Law
1200 Central Blvd., Ste. H-2
Brownsville, Tx  78520
Attorney for Plaintiff

Richard Edward Zayas
Zayas & Zamora
3100 E. 14th St.
Brownsville, Tx  78521
Attorney for Plaintiff

D. Roderick MacRae II
Henslee, Fowler, Hepworth & Schwartz, L.L.P
800 Frost Bank Plaza
816 Congress Avenue
Austin, Texas 78701
Attorney for Brownsville Independent School District

David D. Horton
Neel & Horton, L.L.P.
P.O. Box 2159
South Padre Island, Texas 78597

Paul Hemphill
815 Ridgewood
Brownsville, Texas 78520

Ofelia Cuevas

Independent Executrix of the Estate of Edward A. Valent

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ____ day of April, 2001.

*Rosamaria Villagomez-Vela* (signature)
ROSAMARIA VILLAGOMEZ-VELA

---

*Motion to Withdraw*                                                                                                *Page 3*