23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

APR 23 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-182 |
| | § | |
| EDWARD A. VALENT | § | |

## ORDER

Pending before the Court is the Motion of the law firm of Rodriguez, Colvin and Chaney, L.L.P. to withdraw as attorney of record for Edward A. Valent. (Docket No. 22). This Motion does not comply with the Local Rules for the Southern District of Texas.

The Clerk of the Court is Ordered to strike it.

DONE at Brownsville, Texas, this 19th day of April, 2001.

John Wm. Black
United States Magistrate Judge