26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SANDRA DOE, § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. 00-CV-182 |
| § | |
| EDWARD A. VALENT, § | |
| Defendants § | |

## ORDER GRANTING MOTION TO WITHDRAW

On this day came on to be considered the Motion to Withdraw as attorneys of record for the Defendant, Edward A. Valent, filed in the above-entitled and numbered cause by Raymond A. Cowley, RosaMaria Villagomez-Vela and the law firm of Rodriguez, Colvin & Chaney, L.L.P., and the Court, after due consideration, is of the opinion that said Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw as attorneys of record for Defendant, Edward A. Valent is hereby granted, and Raymond A. Cowley, RosaMaria Villagomez-Vela and the law firm of Rodriguez, Colvin & Chaney, L.L.P. are hereby withdrawn as attorneys of record for Defendant Edward A. Valent.

SIGNED FOR ENTRY this 25th day of APRIL, 2001.

JUDGE PRESIDING