27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-182 |
| | § | |
| EDWARD A. VALENT | § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                **JUNE 14, 2001 AT 2:15 P.M.**

                                                JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MAY 9, 2001

TO:      MR. J. ARNOLD AGUILAR
         MR. RICHARD ZAYAS
         MR. DAVID HORTON
         MR. ROGER HAPWORTH
         MR. DUNCAN MacRAE, II