042

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SANDRA DOE, | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § Case No. B-00-182 |
| | § |
| EDWARD A. VALENT, | § |
| | § |
| Defendant. | § |

----------------------------------------------------------------

O R D E R / ON:

PLAINTIFF'S *MOTION FOR PROTECTIVE ORDER*

----------------------------------------------------------------

1. On this 9th day of MAY, 2001, this case came on for hearing upon PLAINTIFF'S *MOTION FOR PROTECTIVE ORDER*. (DOCKET NO. 8) Having considered the motion, the facts, the law, and taking notice that the motion is opposed, the court is of the opinion that the motion should be, and hereby is, DENIED. Accordingly, such relief as stated below is ORDERED.

2. ORDERED that plaintiff's motion for protective order be, and hereby is, denied in all respects.

3. ORDERED that plaintiff pay to defendant's attorney within 15 days hereof costs, in an amount as may be shown by paper later filed of record by said counsel, and reasonable attorney's fees in the amount of $ _____, for work in responding to plaintiff's motion for protective order, and in preparing defendant's motion to

ORDER / ON:
PLAINTIFF'S *MOTION FOR PROTECTIVE ORDER*    1

~~compel~~.

4. The Clerk shall mail a copy of this order to counsel of record.

5. Done this 9th day of MAY, 20 01, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

O R D E R / ON:
DEFENDANT EDWARD VALENT'S MOTION TO DISMISS
REGARDING SUBJECT MATTER JURISDICTION AND OTHER MATTERS                    2