29

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 14 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-182         DATE & TIME:   06-14-01 AT 2:15 P.M.

SANDRA DOE                        PLAINTIFF(S)   J. ARNOLD AGUILAR
                                  COUNSEL        RICHARD ZAYAS

VS.

EDWARD A. VALENT                  DEFENDANT(S)   DAVID HORTON
                                  COUNSEL        PAUL HEMPHILL
                                                 ROGER HEPWORTH
                                                 DUNCAN MACRAE, II

---

Attorneys Arnold Aguilar, Richard Zayas, David Horton and Duncan MacRae appeared in chambers.

"Right to Sue" letter will be sent.

Plaintiff will file Amended Complaint.

Motions 5 & 18-Estate of Edward Valent asked be carried, may become Moot.

Status conference will be set for September, 2001.