IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| | § | B - 00 - 182 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and the | § | |
| Estate of EDWARD A. VALENT | § | |

### PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **SANDRA DOE** Plaintiff herein and submits and files this her Rule 26 Initial Disclosures, pursuant to Federal Rule of Civil Procedure 26, and in support thereof would respectfully show unto the Court the following:

(1)   **Initial Disclosures**

(A)   *The name and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information is as follows:*

    (1)   Plaintiff Sandra Doe
          c/o J. Arnold Aguilar
          LAW OFFICE J. ARNOLD AGUILAR
          Artemis Square, Suite H-2
          1200 Central Boulevard
          Brownsville, TX  78520

        Plaintiff would have knowledge of the facts alleged in her Complaint.

(2)   Defendant Ofelia Cuevas,
      as Executrix of the Estate of Edward Valent

Ms. Cuevas should have knowledge of matters relating to Decedent Valent's conduct on various occasions, as well as to the execution of Valent's estate.

(3)   G. Wallace Jackson
(4)   Charles Bright
(5)   Neida Ruth Soto, Certified Human Resources Administrator
(6)   Judy Cuellar-Garcia, Administrator for Classified Personnel
(7)   Belinda Torres-Montez, Certified Personnel Specialist
(8)   Elma Guerra
(9)   Saul Ibarra
(10)  Griselda Ibarra
(11)  Edward Noriega
(12)  Yvonne Garza
(13)  Mary Heidi Leal
(14)  Estella Aguirre
(15)  Lillie Jean Bowman
(16)  David Bowman
(17)  Susie De Leon
(18)  Judy Rodriguez
(19)  Susan Fox
(20)  Veronica Cruz
(21)  Mr. Torres
(22)  Linda Avalos
(23)  Angela Welch
(24)  Nora Johnson
      1900 West Price Road
      Brownsville, TX  78520

Each of these witnesses should have knowledge of the complaints filed by Plaintiff and other women against Edward A. Valent, Valent's conduct on various occasions, Defendant B.I.S.D.'s response to those complaints, its investigation, and other matters relating to those complaints.

(25) Officers and Investigators
B.I.S.D. Security/Police Services
2477 Price Road
Brownsville, TX 78521
(956) 548-8378

Officers and Investigators at the BISD Security/Police Services should have knowledge of their investigation of Plaintiff's and other women's complaints against Edward A. Valent.

(26) Pedro Esquivel
Leticia Voneida
U.S. Equal Employment Commission
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600

Mr. Esquivel and Ms. Voneida should have knowledge of their investigation of Plaintiff's complaints with the EEOC.

**(B)** *A copy of or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.*

(1) EEOC file, including Defendant BISD's report of May 24, 2000, indicating completion of investigation and BISD Security/Police Services Offense Report and Supplementary Reports.

(2) Vehicular Accident Report of January 28, 2000, involving Plaintiff.

(3) Various medical records and bills for Plaintiff for 1998, 1999 and 2000.

(4) Defendant BISD's General Liability Policy for period April 1, 1997 - April 1, 1998.

(5) Defendant BISD's General Liability Policy for period April 1, 1998 - April 1, 2000.

(6) Defendant BISD's Law Enforcement Liability Policy.

(7) Defendant BISD's Excess Liability Policy for period April 1, 1999 - April 1, 2000.

(C)   *A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based including materials bearing on the nature and extent of injuries suffered.*

Plaintiff is still in the process of compiling all records and documents reflecting her damages in this action, and will make all such documents available for inspection and copying by Plaintiff at a mutually agreeable date and time.

(D)   *For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

Not applicable.

Signed on this the  16th  day of August, 2001.

                              Respectfully submitted,

                              LAW OFFICE
                              J. ARNOLD AGUILAR
                              Artemis Square, Suite H-2
                              1200 Central Boulevard
                              Brownsville, Texas  78520
                              Telephone   : (956) 504-1100
                              Facsimile    : (956) 504-1408

By: _____
          J. Arnold Aguilar
          State Bar No. 00936270
          Federal Adm. No. 6822

                              Attorney for Plaintiff,
                              SANDRA DOE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S RULE 26 INITIAL DISCLOSURES** has on this the 17th day of August, 2001, been forwarded via certified mail, return receipt requested to:

Mr. D. Roderick MacRae, II
Mr. Roger D. Hepworth
HENSLEE, FOWLER, HEPWORTH
 & SCHWARTZ, L.L.P.
800 Frost Bank Plaza
816 Congress Avenue
Austin, TX  78701-2443

Mr. David Horton
NEEL & HORTON, L.L.P.
P.O. Box 2159
South Padre Island, TX 78597

_____
J. Arnold Aguilar