33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 21 2001

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 00 - 182 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and the | § | |
| Estate of EDWARD A. VALENT | § | |

# ORDER

Be it remembered that came on to be considered the **Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Original Complaint** (DOCKET NO. 32) and the Court being of the opinion that said Motion should be and hereby is GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Original Complaint is hereby GRANTED, and the Clerk is hereby directed to file Plaintiff's Second Amended Original Complaint.

Signed this the 21ST day of AUGUST, 2001.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE