

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -



AUG 2 3 2001

| | | |
|---|---|---|
| SANDRA DOE | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-182 |
| EDWARD A. VALENT | § | |

## ORDER SETTING HEARING

On this 22nd day of August, 2001, came on to be considered Motion for Reconsideration of Plaintiff's Motion for Protective Order (Docket No. 35) in the above styled and numbered cause.

IT IS THEREFORE **ORDERED** that said Plaintiff's Motion for Reconsideration be and is hereby set for hearing on the 20th day of September, 2001, at 2:00 p.m.

The court would appreciate the parties furnishing authorities in support of and in opposition to Plaintiff's Motion.

SIGNED at Brownsville, Texas, this 22nd day of August, 2001.

_____
John Wm. Black
United States Magistrate Judge