*EXTRA   X< ᷿*

054

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

SEP 1 2 2001

Michael N. Milby
Clerk of Court

SANDRA DOE,                              §
                                         §
          Plaintiff,                     §
                                         §
Vs.                                      § Case No. B-00-182
                                         §
EDWARD A. VALENT,                        §
                                         §
          Defendant.                     §

-----------------------------------------------------------------

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S
*MOTION FOR RECONSIDERATION OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER*

-----------------------------------------------------------------

1.   COMES NOW defendant Edward Valent and files this response in opposition to PLAINTIFF'S *MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER*.   Defendant also joins in defendant BISD's similar response in opposition.

2.   Plaintiff's motion is the same as her previous motion for protective order, which the court denied.   Plaintiff offers nothing new.   This case presents nothing novel.   The plaintiff at bar is simply another plaintiff alleging sexual harassment, a common claim in state and federal courts in every venue with a Zip Code. Granting plaintiff's motion would serve only to impede defendants' defense.

3.   WHEREFORE, defendant Valent prays the court deny

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR RECONSIDERATION OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

1

ClibPDF - www.fastio.com

plaintiff's motion to reconsider the previously denied motion for protective order, and order such relief as requested below.

    4.    ORDER that counsel for defendant Valent be awarded costs and reasonable attorney's fees for work done relating to the discovery matters at issue.

    5.    ORDER such other and further relief as is proper and just.

DEFENDANT/COUNTER PLAINTIFF EDWARD VALENT'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR RECONSIDERATION OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

2

ClibPDF - www.fastio.com

Respectfully Submitted,

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Paul Hemphill
LAW OFFICES OF
PAUL HEMPHILL
815 Ridgewood
Brownsville, Texas 78520

Attorneys for
DEFENDANT EDWARD VALENT

-------------------------------------------------------------------------------------------
Certificate of Service

   I served a copy of this pleading on counsel of record below,

Mr. J. Arnold Aguilar
LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square - Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
956.504.1100 telephone
956.504.1408 telecopier; and,

Mr. D. Roderick MacRae II
HENSLEE, FOWLER, HEPWORTH & SCHWARTZ, L.L.P.
800 Frost Bank Plaza
816 Congress Avenue
Austin, TX 78701
512.708.1804t, 800.969.7444t,
512.708.4037f

By means of _____FCM_____, on this date: _09/11/01_.

David Horton

ORDER / ON:
DEFENDANT EDWARD VALENT'S MOTION TO DISMISS
REGARDING SUBJECT MATTER JURISDICTION AND OTHER MATTERS                    3

ClibPDF - www.fastio.com

055

                              In The
               UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      Brownsville Division

SANDRA DOE,                          §
                                     §
            Plaintiff,               §
                                     §
                                     §
Vs.                                  §        Case No. B-00-182
                                     §
                                     §
BROWNSVILLE INDEPENDENT              §
SCHOOL DISTRICT; and the             §
Estate of                            §
EDWARD A. VALENT,                    §
                                     §
            Defendants.              §

--------------------------------------------------------------------

                      O R D E R / on:

        DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
           RESPONSE IN OPPOSITION TO PLAINTIFF'S
              *MOTION FOR RECONSIDERATION OF*
          *PLAINTIFF'S MOTION FOR PROTECTIVE ORDER*
--------------------------------------------------------------------

     1.   On this _____ day of _____, 20 _____, this case

came on for hearing upon PLAINTIFF'S *MOTION FOR RECONSIDERATION OF*

*PLAINTIFF'S MOTION FOR PROTECTIVE ORDER.*   Having considered the

motion, the facts, the law, and the arguments of counsel, the court

is of the opinion that the motion should be, and hereby is, DENIED.

Accordingly, such relief as stated below herein is ORDERED.

     2.   ORDERED that plaintiff shall file within 10 days of the

date hereof an amended complaint wherein plaintiff identifies

herself by her legal names.

     3.   ORDERED that if plaintiff does not file the amended

complaint as ordered herein, then this case shall be deemed

                                                                   1

dismissed with prejudice without further order of court.

     4.    The Clerk shall mail a copy of this order to counsel of record.

     5.    Done this _____ day of _____, 20 _____ , at Brownsville, Texas.


_____
                 John Wm. Black
        UNITED STATES MAGISTRATE JUDGE

2

ClibPDF - www.fastio.com