#40

United States District Court
Southern District of Texas
FILED

SEP 2 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-00-182          DATE & TIME: 09-20-01 AT 2:00 P.M.

SANDRA DOE                          PLAINTIFF(S)    J. ARNOLD AGUILAR
                                    COUNSEL         RICHARD ZAYAS

VS.

EDWARD A. VALENT                    DEFENDANT(S)    DAVID HORTON
                                    COUNSEL         PAUL HEMPHILL
                                                    ROGER HEPWORTH
                                                    DUNCAN MACRAE, II

---

Attorneys Arnold Aguilar, David Horton and Duncan MacRae appeared in chambers.

Status conference will be set in March 2002.