
#41

055       In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| SANDRA DOE, § | |
| § | |
| Plaintiff, § | |
| § | |
| Vs. § | Case No. B-00-182 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT; and the § | |
| Estate of § | |
| EDWARD A. VALENT, § | |
| § | |
| Defendants. § | |

---

O R D E R / on:

DEFENDANT/COUNTER-PLAINTIFF EDWARD VALENT'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S
*MOTION FOR RECONSIDERATION OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER*

---

1. On this 20TH day of SEPTEMBER, 2001, this case came on for hearing upon PLAINTIFF'S *MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER*. (DOCKET NO. 35) Having considered the motion, the facts, the law, and the arguments of counsel, the court is of the opinion that the motion should be, and hereby is, DENIED. Accordingly, such relief as stated below herein is ORDERED.

2. ORDERED that plaintiff shall file within 10 days of the date hereof an amended complaint wherein plaintiff identifies herself by her legal names.

3. ~~ORDERED that if plaintiff does not file the amended complaint as ordered herein, then this case shall be deemed~~

1

~~dismissed with prejudice without further order of court~~.

4. The Clerk shall mail a copy of this order to counsel of record.

5. Done this 20TH day of SEPTEMBER 2001, at Brownsville, Texas.

_____
John Wm. Black
UNITED STATES MAGISTRATE JUDGE

2