#42

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ORDER

United States District Court
Southern District of Texas
ENTERED
SEP 2 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANDRA DOE | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-182 |
| EDWARD A. VALENT | § § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 14, 2002 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 20, 2001

TO:   MR. J. ARNOLD AGUILAR
      MR. RICHARD ZAYAS
      MR. DAVID HORTON
      MR. ROGER HAPWORTH
      MR. DUNCAN MacRAE, II