45

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANDRA DOE | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-182 |
| EDWARD A. VALENT | § § | |

TYPE OF CASE:  __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

| PLACE: | ROOM NO: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME: |
|---|---|
| **MARCH 14, 2002 AT 2:30 P.M.** | **MARCH 27, 2002 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U S MAGISTRATE JUDGE

DATE:   MARCH 4, 2002

TO:     MR. J. ARNOLD AGUILAR
        MR. RICHARD ZAYAS
        MR. DAVID HORTON
        MR. ROGER HAPWORTH
        MR. DUNCAN MacRAE, II