United States District Court
Southern District of Texas
FILED

MAR 2 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B – 00 – 182 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and the Estate | § | |
| of EDWARD A. VALENT | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW Plaintiff and Counter-Defendant SANDRA DOE a/k/a ROSA M. BERLANGA and Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and THE ESTATE OF EDWARD A. VALENT, and move this Court for an Order dismissing with prejudice this lawsuit in its entirety, including counter-claims, and in support thereof show the following:

### I.

The Plaintiff and Counter-Defendant SANDRA DOE a/k/a ROSA M. BERLANGA and Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and THE ESTATE OF EDWARD A. VALENT, by and through their attorneys of record, inform the Court that all claims and all counter-claims by all parties in this matter have been compromised and settled, and that all parties hereby pray that all claims and causes of action against and among all parties, including causes of actions against Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and THE ESTATE OF EDWARD A. VALENT and Counter-Defendant SANDRA DOE a/k/a ROSA M. BERLANGA, be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Counter-Defendant SANDRA DOE a/k/a ROSA M. BERLANGA and Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and THE ESTATE OF EDWARD A. VALENT request this Court to enter an Order dismissing with prejudice this lawsuit, in its entirety, including counter-claims, with each party to bear their own fees and costs.

Signed on this 26th day of March, 2002.

Respectfully submitted,

LAW OFFICE
J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

**ZAYAS & ZAMORA**
3100 East 14th Street
Brownsville, TX 78520
Telephone : (956) 546-5060
Facsimile : (956) 541-4157


By: _____
Richard E. Zayas
State Bar No. 00788744
Federal Adm. No. 16852

Attorneys for Plaintiff,
SANDRA DOE a/k/a ROSA M. BERLANGA



**HENSLEE, FOWLER, HEPWORTH & SCHWARTZ, L.L.P.**
800 Frost Bank Plaza
816 Congress Avenue
Austin, Texas 78701
Telephone : (512) 708-1804
Facsimile : (512) 708-9037


By: _____
D. Roderick MacRae II
State Bar No. 00788995
Federal Adm. No. 21824

Attorney for Defendant
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

**NEEL & HORTON, L.L.P.**
P.O. Box 2159
South Padre Island, TX 78597
Telephone : (956) 761-6644
Facsimile : (956) 761-7424


By: _____
David Horton
State Bar No. 10014522
Federal Adm. No. 3804



**LAW OFFICES OF PAUL HEMPHILL**
815 Ridgewood
Brownsville, Texas 78520
Telephone : (956) 546-5596
Facsimile : (956) 544-7201


By: _____
Paul Hemphill
State Bar No. 009411580
Federal Adm. No. 4002

Attorneys for Defendant,
THE ESTATE OF EDWARD A. VALENT

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE** has on this the 27th day of March, 2002, been forward to:

Mr. D. Roderick MacRae II
HENSLEE, FOWLER, HEPWORTH
   & SCHWARTZ, L.L.P.
800 Frost Bank Plaza
816 Congress Avenue
Austin, TX 78701-2443

Mr. David Horton
NEEL & HORTON, L.L.P.
P.O. Box 2159
South Padre Island, TX 78597

Mr. Paul Hemphill
LAW OFFICES OF PAUL HEMPHILL
815 Ridgewood
Brownsville, TX 78520

J. Arnold Aguilar

01900-12-Joint Motion to Dismiss with Prejudice.doc

5