United States District Court
Southern District of Texas
ENTERED

MAR 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA DOE | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B – 00 – 182 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and the Estate | § | |
| of EDWARD A. VALENT | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff and Counter-Defendant SANDRA DOE a/k/a ROSA M. BERLANGA and Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and THE ESTATE OF EDWARD A. VALENT'S Joint Motion To Dismiss With Prejudice, after considering the motion, the Court states,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that the Court GRANTS the motion and hereby dismisses with prejudice this lawsuit, in its entirety, including counter-claims, and including all claims and causes of action against Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and THE ESTATE OF EDWARD A. VALENT and Counter-Defendant SANDRA DOE a/k/a ROSA M. BERLANGA, with each party to bear their own fees and costs.

Signed at Brownsville, Texas this 27th day of March, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

By: _____
       J. Arnold Aguilar

By: _____
       Richard E. Zayas

       Attorneys for Plaintiff,
       SANDRA DOE a/k/a ROSA M. BERLANGA

By: _____
       D. Roderick MacRae II

       Attorney for Defendant
       BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

By: _____
         David Horton

By: _____
         Paul Hemphill

        Attorneys for Defendant,
        THE ESTATE OF EDWARD A. VALENT

01900-12-Agreed Order of Dismissal with Prejudice.doc